UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        - v. -                        :

RAPHAEL RODRIGUEZ,

             Defendant.           :

- - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr.

**07CRIM. 749**

AUG 13 2007

COUNT ONE

The Grand Jury charges:

On or about July 19, 2007, in the Southern District of New York, RAPHAEL RODRIGUEZ, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, and having had at least three previous convictions for a violent felony, committed on occasions different from one another, to wit, (i) a conviction on or about January 23, 1995, of attempted murder, a Class B felony, in the New York Supreme Court, Bronx County, (ii) a conviction on or about September 11, 2006, of grand larceny in the fourth degree - property taken from a person, a Class E felony, in New York Supreme Court, Bronx County, and (iii) a conviction on or about September 11, 2006, of attempted assault in the second degree, a Class E felony, in New York Supreme Court, Bronx County, unlawfully, willfully, and knowingly did possess in and affecting commerce a firearm, to wit, a loaded

.380 caliber Taurus revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)

_/s/ Katherine N. Brooks_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

RAPHAEL RODRIGUEZ,

Defendant.

---

**INDICTMENT**

07 Cr.

(Title 18, United States Code, Sections
922(g)(1) and 924(e).))



                              MICHAEL J. GARCIA
                          United States Attorney.

A TRUE BILL

*Katherine N. Brooks* (signature)

                                            Foreperson.

---

8/13/07 TLC: Post 11/1/87 indictment filed. Assigned to Judge Stein.

Peck, MJ.