UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

           :   **ORDER**

   - v -

           :

RAPHAEL RODRIGUEZ,       07 Cr. 749 (SHS)

           :
       Defendant.
- - - - - - - - - - - - - - - - - -X

     Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Michael D. Maimin, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Bronx County District Attorney's Office files and grand jury testimony listed below, to permit review of the files and grand jury testimony, and any other documents contained therein,

     IT IS HEREBY ORDERED, that the files maintained by the Bronx County District Attorney's Office and the grand jury testimony and associated court files relating to the July 19, 2007, arrest of RAPHAEL RODRIGUEZ (Grand Jury # 43991 (2007), F Panel, 7th Term; Arrest # B07656106; Complaint # 2007-048-06468), be unsealed to permit review of the contents of the files and testimony.

Dated: New York, New York
      Sept. 4, 2007

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK