USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA           :

        -v-                          :

RAPHAEL RODRIGUEZ                  :

        Defendant.                 :
------------------------------------X

**ORDER**

07 CR 749 (SHS)

Upon the request of the defendant, Raphael Rodriguez, by his counsel, John J. Byrnes, Esq. at the Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshal Service accept the following clothing for Mr. Rodriguez, Register Number 60225-054, to wear for appearances at his trial commencing on Monday, December 10, 2007 and continuing thereafter:

1. one pair of grey slacks;
2. three button-down shirts (one off-white, one light blue, one white);
3. two pairs of black dress socks;
4. two undershirts;
5. two sweaters (one navy blue, one black);
6. one pair of cordovan dress shoes;
7. three multi-colored ties;
8. one leather belt.

Dated: New York, New York
      December 5, 2007

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE