LINCOLN SQUARE LEGAL SERVICES, INC.     Fordham University School of Law    Tel 212-636-6934
150 West 62nd Street, Ninth Floor    Fax 212-636-6923
New York, NY 10023

December 20, 2019

**Filed VIA ECF**
Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/19

Re: *Raphael Rodriguez v. United States of America*,
07 Cr. 749 (SHS)



MEMO ENDORSED

Dear Judge Stein:

    I am the attorney for Mr. Raphael Rodriguez in the above-referenced case. Today we filed by ECF a habeas petition on behalf of Mr. Rodriguez pursuant to 28 U.S.C. § 2255 and the recent Supreme Court decisions in *Rehaif v. United States*, 139 S. Ct. 2191 (2019), and *United States v. Haymond*, 139 S. Ct. 2369, 2384 (2019).

    Assistant United States Attorney Michael Maimin and I have discussed a briefing schedule and propose jointly for Your Honor's consideration the following:

- The Government Opposition Memorandum to Mr. Rodriguez's Motion will be due on Monday, February 10, 2020.
- Mr. Rodriguez's Reply Memorandum will be due on Monday, March 2, 2020.

We appreciate the Court's consideration of this request.

Sincerely,

Michael W. Martin, Esq.
Executive Director

Attorney for Raphael Rodriguez

cc: AUSA Michael Maimin
    **Via Email and ECF**

SO ORDERED 12/23/19

SIDNEY H. STEIN
U.S.D.J.