UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,         07-Cr-749 (SHS)

    -v-         ORDER

RAPHAEL RODRIGUEZ,

        Defendant(s).

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that defendant's motion to file an oversized brief [Doc. No. 51], is granted.

Dated: New York, New York
      March 30, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.